Commonwealth *v.* McCarty, Appellant.

Submitted March 24, 1970. *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* McHenry, Appellant.

Submitted April 13, 1970. *Paul P. Posa,* Arthur *M. Wilson,* and *Greenlee, Richman, Derrico & Posa,* for appellant; *John F. Bell,* First Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.